IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRIAN WITT,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>　　　　　　Defendant. | CV 25-16-BU-TJC<br><br>**ORDER** |

Defendant has filed a Motion to Strike Doc. 13, or in the Alternative, Unopposed Motion for Leave to File a Sur-Reply.  (Doc. 16.)  Defendant contends Doc. 13 is an improperly filed sur-reply.  Plaintiff opposes Defendant's motion to strike, but does not object to Defendant's alternative request for leave to file a sur-reply.  (Docs. 18, 19.)

Local Rule 7.1(d)(1)(D) provides that after a reply brief is filed, "[n]o further briefing is permitted without prior leave."  Here, Defendant filed a Motion to Dismiss (Doc. 5), Plaintiff responded (Doc. 8), and Defendant replied (Doc. 9).  At that point, no further briefing was permitted without leave of Court.  Nevertheless, Plaintiff improperly filed a sur-reply (Doc. 13) without obtaining leave of Court.

However, in light of Plaintiff's *pro se* status, the Court finds good cause to deny Defendant's Motion to Strike, and grant Defendant's alternative, unopposed request for relief. Accordingly, IT IS HEREBY ORDERED:

1. Defendant's Motion to Strike (Doc. 16) is **DENIED**.

2. Defendant's Alternative Unopposed Motion for Leave to File a Sur-Reply (Doc. 16) is **GRANTED**. Defendant may file a sur-reply limited to addressing Plaintiff's arguments raised in Doc. 13. Defendant's sur-reply shall be limited to 1,625 words.

3. No further briefing is permitted. Plaintiff is advised that any additional improperly filed sur-replies will be disregarded and not considered by the Court.

DATED this 7th day of April, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge